tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Robert J. Bulkley* and *James A. Butler* for petitioner. *Mr. Carl O. Schmidt* for respondents.

No. 700. HUNTER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. C. J. Hoyt* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Robert N. Anderson,* and *Hilbert P. Zarky* for respondent.

No. 706. UTAH STATE TAX COMMISSION ET AL. *v.* SOUTHERN PACIFIC Co. January 2, 1945. Petition for writ of certiorari to the Supreme Court of Utah denied. *Messrs. Grover A. Giles,* Attorney General of Utah, and *J. Lambert Gibson* for petitioners. *Mr. Harry H. McElroy* for respondent.

No. 707. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF SHAMBERG ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Fahy* for petitioner. *Messrs. George Wharton Pepper, Julius Henry Cohen, Leander I. Shelley,* and *Austin J. Tobin* for respondents.

No. 708. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF WHITE ET AL. January 2, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Fahy* for petitioner. *Mr. Lewis L. Delafield, Jr.* for respondents.